IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEMENCIA VARGAS-ORTEGA,

    Plaintiff,

v.

SEARS LOGISTICS SERVICES, et al.

    Defendants.

Case No. 2:08-cv-647

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE E. A. PRESTON DEAVERS

## ORDER

The parties have advised the Court that they have engaged a private mediator to mediate this matter on August 18, 2010. The Court therefore amends its scheduling order dated April 27, 2010 as follows. The settlement conference previously scheduled for August 24, 2010 is hereby **VACATED**, and the parties need not submit confidential assessments.

**IT IS SO ORDERED.**

5-24-2010

**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**