IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEMENCIA VARGAS-ORTEGA, et al., | |
| Plaintiffs, | **CASE NO.** 2:08cv647 |
| v. | (Judge Sargus) |
| **SEARS LOGISTICS SERVICES, INC.,** | (Magistrate Judge Preston Deavers) |
| Defendant. | |

## AGREED ENTRY OF DISMISSAL

All matters having been fully compromised and settled, the Complaint of Plaintiffs Demencia Vargas-Ortega and Joshua Mark Vargas, Executors of the Estate of Gilberto Garza, Jr., Deceased, is hereby dismissed, with prejudice. Each side to bear their own costs.

It is **SO ORDERED**.

_____
JUDGE SARGUS

10-13-2010
(Date)

**APPROVED:**

/s/ Gordon D. Evans, II [w/telephone approval]
Gordon D. Evans II   (0074221)
Trial Attorney
The Donahey Law Firm LLP
495 South High Street, Suite 100
Columbus, OH 43215
Telephone:   (614) 224-8166
Facsimile:   (614) 849-0475
Email:  gevans@donaheylaw.com
Attorney for Plaintiffs Demencia
Vargas-Ortega and And Joshua Mark
Vargas, Executors to the Estate of
Gilberto Garza, Jr., Deceased

/s/ Michael A. Byers
Michael A. Byers   (0016092)
Trial Attorney
Taft Stettinius & Hollister LLP
21 East State Street, Suite 1200
Columbus, OH 4321
Telephone:   (614) 221-2838
Facsimile:   (614) 221-2007
Email:  byers@taftlaw.com
Attorneys for Defendant Sears
Logistics Services, Inc.

30371277.1